IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ANTHONY BOWDAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:11-CV-437 (MTT) |
| ) | |
| **NATHANIEL FAUQUIER, et. al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on the Order and Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 13). The Magistrate Judge conducted a review of the Plaintiff's complaint, as required by 28 U.S.C. § 1915A. The Magistrate Judge recommends dismissing all claims for damages against Defendants Smith, Sellers, Elder and Ru. The Plaintiff filed an Objection. (Doc. 17).

Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Plaintiff's Objection and has made a de novo determination of the portions of the Recommendation to which Plaintiff objects. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge in the Recommendation. Accordingly, all claims for damages against Defendants Smith, Sellers, Elder and Ru are **DISMISSED**. (Doc. 13).

**SO ORDERED,** this 27th day of February, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT